Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886                                      JS-6
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Ricardo Gonzalez Ortiz

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| RICARDO GONZALEZ ORTIZ, ) | Case No.: CV 10-5321 RNB |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The above captioned matter is dismissed without prejudice, each party to

bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:     April 14, 2011

_____
THE HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

-1-